# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 8:20-bk-06836-RCT
**Case Name:** UNIQUE POOLS & DESIGNS, INC.

**Trustee Name:** (290680) CAROLYN R. CHANEY
**Date Filed (f) or Converted (c):** 09/10/2020 (f)
**§ 341(a) Meeting Date:** 10/08/2020

**For Period Ending:** 09/30/2022

**Claims Bar Date:** 01/22/2021

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Ref. #** / **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking Account at Synovus Bank Business Checking | 0.00 | 0.00 | | 0.00 | FA |
| 2  Checking Account at Synovus Bank Business Checking, xxxxxx0514 | 135.23 | 135.23 | | 0.00 | FA |
| 3  Broken Computer; Broken Printer; Desk and chair. Valuation Method: Liquidation | 250.00 | 250.00 | | 0.00 | FA |
| 4  Dump Trailer Totaled when wheel came off | Unknown | 0.00 | | 0.00 | FA |
| 5  2100 Constitution Blvd., Ste. 100, Sarasota, FL 34231, Leasehold | 0.00 | 0.00 | | 0.00 | FA |
| 6  uniquepoolssarasota.com. | 10.00 | 10.00 | | 0.00 | FA |
| 7  Customer List | 0.00 | 0.00 | | 0.00 | FA |
| 8  Unique Pools & Designs Inc, Plaintiff, vs. Woodys Pool & Steel LLC, Defendant Case No.: 2015 SC 001235 SC in Sarasota County Court, Lawsuit. Amount Requested: $5,000.00 | 5,000.00 | 5,000.00 | | 2,000.00 | FA |
| 9  Liberty Savings Bank account (u) | 40,518.03 | 27,373.20 | | 27,373.20 | FA |
| 10  Adversary proceedings to recover preference/fraudulent transfers (u) | 0.00 | 0.00 | | 46,867.83 | FA |
| 11  Adversary proceeding to Recover Fraudulent and Post-Petition Transfers (u) | 0.00 | 0.00 | | 0.00 | FA |
| **11  Assets  Totals  (Excluding unknown values)** | **$45,913.26** | **$32,768.43** | | **$76,241.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/01/22 - cnsl filed motion to approve compromise with debtor principal Kamkar.
03/09/22 - filed adv. complaint against principal for fraudulent transfers.  Pretrial set for 05/10.  Trial set for 10/6/22.
07/29/21 - adversary complaints filed to recover preferences/fraudulent transfers.  09/23/21 - filed motion for turnover of records.
02/04/21 - notice of 2004 exam.  07/07/21 - Ltrs to Synovus Bank and Woody's Pools.
10/20/20 - applic to employ atty Allan Watkins.  Granted.  11/04/20 - issued subpoena to bank to produce records.
10/14/20 - sent demand to collect judgment.  10/19/20 - referral to Allan Watkins for preference/fraudulent transfers.

**Initial Projected Date Of Final Report (TFR):** 06/30/2021          **Current Projected Date Of Final Report (TFR):** 12/31/2022

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-2

**Case No.:** 8:20-bk-06836-RCT  
**Case Name:** UNIQUE POOLS & DESIGNS, INC.  

**For Period Ending:** 09/30/2022

**Trustee Name:** (290680) CAROLYN R. CHANEY  
**Date Filed (f) or Converted (c):** 09/10/2020 (f)  
**§ 341(a) Meeting Date:** 10/08/2020  
**Claims Bar Date:** 01/22/2021  

10/31/2022  
Date

/s/CAROLYN R. CHANEY  
CAROLYN R. CHANEY

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 8:20-bk-06836-RCT | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | UNIQUE POOLS & DESIGNS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8374 | Account #: | ******4755 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $30,832,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/06/21 | {9} | Liberty Savings Bank | Turnover of funds from bank account | 1229-000 | 27,373.20 | | 27,373.20 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 33.63 | 27,339.57 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.73 | 27,292.84 |
| 09/28/21 | {10} | Milestone Tampa LLC | Settlement of Adversary Proc. #21-ap-00253-RCT | 1241-000 | 4,957.30 | | 32,250.14 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 44.27 | 32,205.87 |
| 10/18/21 | {8} | TaxBill Herron | Settlement of Adversary Proc. #21-ap-00255-RCT | 1129-000 | 2,000.00 | | 34,205.87 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.07 | 34,154.80 |
| 11/16/21 | {10} | Dolphin Pools Finishing Inc. | Settlement of Adv. Proc. #21-ap-00239-RCT | 1241-000 | 10,567.00 | | 44,721.80 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 66.29 | 44,655.51 |
| 12/01/21 | {10} | MSH Brick Pavers, Inc. | Settlement of Adversary Proc. #21-ap-00254-RCT | 1241-000 | 6,250.00 | | 50,905.51 |
| 12/06/21 | {10} | Metz Electric, Inc. | Settlement of Adversary Proc. #21-ap-00243-RCT | 1241-000 | 3,357.00 | | 54,262.51 |
| 12/16/21 | {10} | Trust Speed Brick & Tile LLC | Settlement of Adversary Proc. #21-ap-00256-RCT | 1241-000 | 2,400.00 | | 56,662.51 |
| 12/21/21 | {10} | Elliott Services, Inc. | Settlement of Adversary Proc. #21-ap-00240-RCT | 1241-000 | 1,548.00 | | 58,210.51 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 90.89 | 58,119.62 |
| 01/19/22 | {10} | Enhanced Aluminum LLC | Settlement of Adversary Proc. #21-ap-00242-RCT | 1241-000 | 2,448.75 | | 60,568.37 |
| 01/19/22 | {10} | Elliott Services, Inc. | Settlement of Adversary Proc. #21-ap-00240-RCT | 1241-000 | 1,548.00 | | 62,116.37 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.18 | 62,024.19 |
| 02/08/22 | {10} | Elliott Services, Inc. | Settlement of Adversary Proc. #21-ap-00240-RCT | 1241-000 | 1,548.00 | | 63,572.19 |
| 02/17/22 | {10} | Enhanced Aluminum | Settlement of Adversary Proc. #21-ap-00242-RCT | 1241-000 | 2,448.75 | | 66,020.94 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 95.45 | 65,925.49 |
| 03/21/22 | {10} | Enhanced Aluminum | Settlement of Adversary Proc. #21-ap-00242-RCT | 1241-000 | 2,448.75 | | 68,374.24 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 117.41 | 68,256.83 |
| 04/22/22 | {10} | Enhanced Aluminum LLC | Settlement of Adversary Proc. #21-ap-00242-RCT | 1241-000 | 2,448.75 | | 70,705.58 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 106.66 | 70,598.92 |
| 05/17/22 | {10} | Enhanced Aluminum | Settlement of Adversary Proc. #21-ap-00242-RCT | 1241-000 | 2,448.78 | | 73,047.70 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 110.81 | 72,936.89 |
| 06/22/22 | {10} | Enhanced Aluminum LLC | Settlement of Adversary Proc. #21-ap-00242-RCT | 1241-000 | 2,448.75 | | 75,385.64 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 129.65 | 75,255.99 |
| | | | Page Subtotals: | | $76,241.03 | $985.04 | |

{ } Asset Reference(s)          ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 8:20-bk-06836-RCT | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | UNIQUE POOLS & DESIGNS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8374 | Account #: | ******4755 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $30,832,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 116.59 | 75,139.40 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 132.46 | 75,006.94 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 120.21 | 74,886.73 |
| | | | COLUMN TOTALS | | 76,241.03 | 1,354.30 | $74,886.73 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 76,241.03 | 1,354.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $76,241.03 | $1,354.30 | |

{ } Asset Reference(s)         ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | | | |
|---|---|---|---|
| **Case No.:** | 8:20-bk-06836-RCT | **Trustee Name:** | CAROLYN R. CHANEY (290680) |
| **Case Name:** | UNIQUE POOLS & DESIGNS, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | \*\*-\*\*\*8374 | **Account #:** | \*\*\*\*\*\*4755 Checking |
| **For Period Ending:** | 09/30/2022 | **Blanket Bond (per case limit):** | $30,832,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $76,241.03 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $76,241.03 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| \*\*\*\*\*\*4755 Checking | $76,241.03 | $1,354.30 | $74,886.73 |
| | **$76,241.03** | **$1,354.30** | **$74,886.73** |