**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: UNIQUE POOLS & DESIGNS, INC.    §     Case No. 8:20-bk-06836-RCT
                                         §
                                         §
                                         §
        Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CAROLYN R. CHANEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $5,395.23 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $42,919.33 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $58,321.70 | |

3) Total gross receipts of $101,241.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $101,241.03 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $7,250.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $58,321.70 | $58,321.70 | $58,321.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $166,990.00 | $98,971.24 | $72,965.62 | $42,919.33 |
| **TOTAL DISBURSEMENTS** | $174,240.00 | $157,292.94 | $131,287.32 | $101,241.03 |

4) This case was originally filed under chapter 7 on 09/10/2020.  The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    02/14/2024          By: /s/ CAROLYN R. CHANEY
                                        Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liberty Savings Bank account | 1229-000 | $27,373.20 |
| Adversary proceeding #1 - Trustee vs. Dolphin Pools Finishing, Inc. (8:21-ap-00239-RCT) | 1241-000 | $10,567.00 |
| Adversary proceeding #2 - Trustee vs. Elliott Services, Inc. (8:21-ap-00240-RCT) | 1241-000 | $4,644.00 |
| Adversary proceeding #3 - Trustee vs. Enhanced Aluminum LLC  (8:21-ap-00242-RCT) | 1241-000 | $14,692.53 |
| Adversary proceeding #4 - Trustee vs. Metz Electric, Inc. (8:21-ap-00243-RCT) | 1241-000 | $3,357.00 |
| Adversary proceeding #5 - Trustee vs. MSH Brick Pavers, Inc.  (8:21-ap-00254-RCT) | 1241-000 | $6,250.00 |
| Adversary proceeding #6 - Trustee vs. TaxBill Herron  (8:21-ap-00255-RCT) | 1241-000 | $2,000.00 |
| Adversary proceeding #7 - Trustee vs. Trust Speed Brick & Tile LLC  (8:21-ap-00256-RCT) | 1241-000 | $2,400.00 |
| Adversary proceeding #8 - Trustee vs. Milestone Tampa LLC  (8:21-ap-00253-RCT) | 1241-000 | $4,957.30 |
| Adversary proceeding #9 - Trustee vs. Michael Kamkar (8:22-ap-00034-RCT) | 1241-000 | $25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$101,241.03** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Andrea Frank | 4120-000 | $7,250.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$7,250.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - CAROLYN R. CHANEY | 2100-000 | NA | $8,312.05 | $8,312.05 | $8,312.05 |
| Trustee, Expenses - CAROLYN R. CHANEY | 2200-000 | NA | $170.93 | $170.93 | $170.93 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $3,150.00 | $3,150.00 | $3,150.00 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $1,990.45 | $1,990.45 | $1,990.45 |
| Attorney for Trustee Fees (Other Firm) - ALLAN C. WATKINS, ESQUIRE | 3210-000 | NA | $42,255.00 | $42,255.00 | $42,255.00 |
| Attorney for Trustee Expenses (Other Firm)  - ALLAN C. WATKINS, ESQUIRE | 3220-000 | NA | $774.72 | $774.72 | $774.72 |
| Accountant for Trustee Fees (Other Firm) - ANDREA P. BAUMAN, CPA | 3410-000 | NA | $1,645.00 | $1,645.00 | $1,645.00 |
| Accountant for Trustee Expenses (Other Firm) - ANDREA P. BAUMAN, CPA | 3420-000 | NA | $23.55 | $23.55 | $23.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$58,321.70** | **$58,321.70** | **$58,321.70** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Florida Dep't of Rev. | 5600-000 | $0.00 | NA | NA | NA |
| N/F | IRS | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Manatee County Tax Collector | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dana J. Watts, Esq | 7100-000 | $120,000.00 | $560.00 | $560.00 | $329.40 |
| 2 | John Swisher | 7100-000 | NA | $26,005.62 | $0.00 | $0.00 |
| 3 | William and Mary Gale | 7100-000 | $44,400.00 | $44,400.00 | $44,400.00 | $26,116.66 |
| 4 | William D Herron DBA Tax Bill Herron | 7100-000 | $0.00 | $2,000.00 | $2,000.00 | $1,176.43 |
| 5 | John Swisher | 7100-000 | $0.00 | $26,005.62 | $26,005.62 | $15,296.84 |
| N/F | Aurora Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Christian T. Van rise, Esq | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dana J. Watts, Esq | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dschulia Glover | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dunlap & Moran PA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Eric Knopp, Esq | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Financial Network Inc c/o CT Corporation System | 7100-000 | $0.00 | NA | NA | NA |
| N/F | G.G.P. Enterprises | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gkwhar LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gregg M. Horowitz, Esq | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hornerxpress Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John Ropp | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Juan A. Gonzalez | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Judd, Ulrech etal Attn: Daivd Altier Esq | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kahane & Associates, PA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kahane & Assocs., PA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lisa Kleinberg | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lynda S. Finder | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mark Perrin | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Matthew Rheinggans Esq | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Max B. Cohen | 7100-000 | $2,590.00 | NA | NA | NA |
| N/F | Michael A. France, PA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Niloofar Kamkar | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Richard S. Loudermilk | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sergey Yakovenko | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Shumaker, Loop & Kendrick LL | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Stabil Concrete Pavers, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Stanley E. Marable, Esq | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Thomas Jannette c/o Timothy W. Gensmer, Esq | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Woody's Pool & Steel LLC c/o Woody Faircloth | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$166,990.00** | **$98,971.24** | **$72,965.62** | **$42,919.33** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:**  8:20-bk-06836-RCT

**Case Name:**  UNIQUE POOLS & DESIGNS, INC.

**Trustee Name:**  (290680) CAROLYN R. CHANEY

**Date Filed (f) or Converted (c):**  09/10/2020 (f)

**§ 341(a) Meeting Date:**  10/08/2020

**For Period Ending:**  02/14/2024

**Claims Bar Date:**  01/22/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Synovus Bank Business Checking | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Synovus Bank Business Checking, xxxxxx0514 | 135.23 | 135.23 | | 0.00 | FA |
| 3 | Broken Computer; Broken Printer; Desk and chair. Valuation Method: Liquidation | 250.00 | 250.00 | | 0.00 | FA |
| 4 | Dump Trailer Totaled when wheel came off | Unknown | 0.00 | | 0.00 | FA |
| 5 | 2100 Constitution Blvd., Ste. 100, Sarasota, FL 34231, Leasehold | 0.00 | 0.00 | | 0.00 | FA |
| 6 | uniquepoolssarasota.com. | 10.00 | 10.00 | | 0.00 | FA |
| 7 | Customer List | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Unique Pools & Designs Inc, Plaintiff, vs. Woodys Pool & Steel LLC, Defendant Case No.: 2015 SC 001235 SC in Sarasota County Court, Lawsuit. Amount Requested: $5,000.00 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 9 | Liberty Savings Bank account (u) | 40,518.03 | 27,373.20 | | 27,373.20 | FA |
| 10 | Adversary proceeding #1 - Trustee vs. Dolphin Pools Finishing, Inc. (8:21-ap-00239-RCT) (u) | 0.00 | 0.00 | | 10,567.00 | FA |
| 11 | Adversary proceeding #2 - Trustee vs. Elliott Services, Inc. (8:21-ap-00240-RCT) (u) | 0.00 | 0.00 | | 4,644.00 | FA |
| 12 | Adversary proceeding #3 - Trustee vs. Enhanced Aluminum LLC (8:21-ap-00242-RCT) (u) | 0.00 | 0.00 | | 14,692.53 | FA |
| 13 | Adversary proceeding #4 - Trustee vs. Metz Electric, Inc. (8:21-ap-00243-RCT) (u) | 0.00 | 0.00 | | 3,357.00 | FA |
| 14 | Adversary proceeding #5 - Trustee vs. MSH Brick Pavers, Inc. (8:21-ap-00254-RCT) (u) | 0.00 | 0.00 | | 6,250.00 | FA |
| 15 | Adversary proceeding #6 - Trustee vs. TaxBill Herron (8:21-ap-00255-RCT) (u) | 0.00 | 0.00 | | 2,000.00 | FA |
| 16 | Adversary proceeding #7 - Trustee vs. Trust Speed Brick & Tile LLC (8:21-ap-00256-RCT) (u) | 0.00 | 0.00 | | 2,400.00 | FA |
| 17 | Adversary proceeding #8 - Trustee vs. Milestone Tampa LLC (8:21-ap-00253-RCT) (u) | 0.00 | 0.00 | | 4,957.30 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  8:20-bk-06836-RCT

**Case Name:**  UNIQUE POOLS & DESIGNS, INC.

**Trustee Name:**  (290680) CAROLYN R. CHANEY

**Date Filed (f) or Converted (c):**  09/10/2020 (f)

**§ 341(a) Meeting Date:**  10/08/2020

**For Period Ending:**  02/14/2024

**Claims Bar Date:**  01/22/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | Adversary proceeding #9 - Trustee vs. Michael Kamkar (8:22-ap-00034-RCT) (u) | 0.00 | 0.00 | | 25,000.00 | FA |
| **18** | **Assets Totals (Excluding unknown values)** | **$45,913.26** | **$32,768.43** | | **$101,241.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR submitted to UST 02/14/2024.  Distribution to creditors 10/05/23.

01/26/23 - maiiled final returns to IRS.  TFR submitted to UST 06/30/23.  TFR approved and NFR mailed 08/16/23.

11/16/22 - referral to CPA for final estate return.  11/18/22 - application to employ CPA.  Application granted 11/21/22.

09/01/22 - cnsl filed motion to approve compromise with debtor principal Kamkar.  Compromise approved 10/04/22.

03/09/22 - filed adv. complaint against principal for fraudulent transfers.  Pretrial set for 05/10.  Trial set for 10/6/22.

07/29/21 - adversary complaints filed to recover preferences/fraudulent transfers.  09/23/21 - filed motion for turnover of records.

02/04/21 - notice of 2004 exam.  07/07/21 - Ltrs to Synovus Bank and Woody's Pools.

10/20/20 - applic to employ atty Allan Watkins.  Granted.  11/04/20 - issued subpoena to bank to produce records.

10/14/20 - sent demand to collect judgment.  10/19/20 - referral to Allan Watkins for preference/fraudulent transfers.

**Initial Projected Date Of Final Report (TFR):**  06/30/2021

**Current Projected Date Of Final Report (TFR):**  06/30/2023 (Actual)

02/14/2024

Date

/s/CAROLYN R. CHANEY

CAROLYN R. CHANEY

# Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 8:20-bk-06836-RCT | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | UNIQUE POOLS & DESIGNS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8374 | Account #: | ******4755 Checking |
| For Period Ending: | 02/14/2024 | Blanket Bond (per case limit): | $42,225,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/06/21 | {9} | Liberty Savings Bank | Turnover of funds from bank account | 1229-000 | 27,373.20 | | 27,373.20 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 33.63 | 27,339.57 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.73 | 27,292.84 |
| 09/28/21 | {17} | Milestone Tampa LLC | Payment of Default Judgment in Adversary Proc. #8; Trustee vs. Milestone Tampa LLC (#21-ap-00253-RCT). Clerk's Default Doc. No. 6. | 1241-000 | 4,957.30 | | 32,250.14 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 44.27 | 32,205.87 |
| 10/18/21 | {15} | TaxBill Herron | Settlement of Adversary Proc. #6; Trustee vs. TaxBill Herron (#21-ap-00255-RCT). Order Granting Compromise at Doc. No. 27. | 1241-000 | 2,000.00 | | 34,205.87 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.07 | 34,154.80 |
| 11/16/21 | {10} | Dolphin Pools Finishing Inc. | Payment of Amended Final Default Judgment in Adversary Proc. #1; Trustee vs. Dolphin Pools Finishing Inc. (#21-ap-00239-RCT). Judgment at Doc. No. 12. | 1241-000 | 10,567.00 | | 44,721.80 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 66.29 | 44,655.51 |
| 12/01/21 | {14} | MSH Brick Pavers, Inc. | Settlement of Adversary Proc. #5; Trustee vs. MSH Brick Pavers, Inc. (#21-ap-00254-RCT). Order Granting Compromise at Doc. No. 28. | 1241-000 | 6,250.00 | | 50,905.51 |
| 12/06/21 | {13} | Metz Electric, Inc. | Settlement of Adversary Proc. #4; Trustee vs. Metz Electric, Inc. (#21-ap-00243-RCT). Order Granting Compromise at Doc. No. 46. | 1241-000 | 3,357.00 | | 54,262.51 |
| 12/16/21 | {16} | Trust Speed Brick & Tile LLC | Settlement of Adversary Proc. #7; Trustee vs. Trust Speed Brick & Tile LLC (#21-ap-00256-RCT). Order Granting Compromise at Doc. No. 49. | 1241-000 | 2,400.00 | | 56,662.51 |
| 12/21/21 | {11} | Elliott Services, Inc. | Settlement of Adversary Proc. #2; Trustee vs. Elliott Services, Inc.(#21-ap-00240-RCT) Payment 1 of 3. Order Granting Compromise at Doc. No. 50. | 1241-000 | 1,548.00 | | 58,210.51 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 90.89 | 58,119.62 |
| 01/19/22 | {12} | Enhanced Aluminum LLC | Settlement of Adversary Proc. #3; Trustee vs. Enhanced Aluminum (#21-ap-00242-RCT) Payment 1 of 6. Order Granting Compromise at Doc. No. 53. | 1241-000 | 2,448.75 | | 60,568.37 |
| 01/19/22 | {11} | Elliott Services, Inc. | Settlement of Adversary Proc. #2; Trustee vs. Elliott Services, Inc.(#21-ap-00240-RCT) Payment 2 of 3. Order Granting Compromise at Doc. No. 50. | 1241-000 | 1,548.00 | | 62,116.37 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.18 | 62,024.19 |

Page Subtotals:　　$62,449.25　　$425.06

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | | |
|---|---|---|
| **Case No.:** | 8:20-bk-06836-RCT | |
| **Case Name:** | UNIQUE POOLS & DESIGNS, INC. | |
| **Taxpayer ID #:** | **-***8374 | |
| **For Period Ending:** | 02/14/2024 | |

| | |
|---|---|
| **Trustee Name:** | CAROLYN R. CHANEY (290680) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******4755 Checking |
| **Blanket Bond (per case limit):** | $42,225,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/08/22 | {11} | Elliott Services, Inc. | Settlement of Adversary Proc. #2; Trustee vs. Elliott Services, Inc.(#21-ap-00240-RCT) Payment 3 of 3. Order Granting Compromise at Doc. No. 50. | 1241-000 | 1,548.00 | | 63,572.19 |
| 02/17/22 | {12} | Enhanced Aluminum | Settlement of Adversary Proc. #3; Trustee vs. Enhanced Aluminum (#21-ap-00242-RCT) Payment 2 of 6. Order Granting Compromise at Doc. No. 53. | 1241-000 | 2,448.75 | | 66,020.94 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 95.45 | 65,925.49 |
| 03/21/22 | {12} | Enhanced Aluminum | Settlement of Adversary Proc. #3; Trustee vs. Enhanced Aluminum (#21-ap-00242-RCT) Payment 3 of 6. Order Granting Compromise at Doc. No. 53. | 1241-000 | 2,448.75 | | 68,374.24 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 117.41 | 68,256.83 |
| 04/22/22 | {12} | Enhanced Aluminum LLC | Settlement of Adversary Proc. #3; Trustee vs. Enhanced Aluminum (#21-ap-00242-RCT) Payment 4 of 6. Order Granting Compromise at Doc. No. 53. | 1241-000 | 2,448.75 | | 70,705.58 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 106.66 | 70,598.92 |
| 05/17/22 | {12} | Enhanced Aluminum | Settlement of Adversary Proc. #3; Trustee vs. Enhanced Aluminum (#21-ap-00242-RCT) Payment 5 of 6. Order Granting Compromise at Doc. No. 53. | 1241-000 | 2,448.78 | | 73,047.70 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 110.81 | 72,936.89 |
| 06/22/22 | {12} | Enhanced Aluminum LLC | Settlement of Adversary Proc. #3; Trustee vs. Enhanced Aluminum (#21-ap-00242-RCT) Payment 6 of 6. Order Granting Compromise at Doc. No. 53. | 1241-000 | 2,448.75 | | 75,385.64 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 129.65 | 75,255.99 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 116.59 | 75,139.40 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 132.46 | 75,006.94 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 120.21 | 74,886.73 |
| 10/14/22 | {18} | Benjamin Maratin | Settlement Funds received per Order Granting Motion to Approve Compromise of Adv. Proc. No. 22-ap-00034-RCT, Doc. No. 57. | 1241-000 | 25,000.00 | | 99,886.73 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 136.05 | 99,750.68 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 170.54 | 99,580.14 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 159.60 | 99,420.54 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 169.96 | 99,250.58 |
| 03/24/23 | 101 | ALLAN C. WATKINS, ESQUIRE | Order Approving Application for Compensation, Doc. No. 66. | 3210-000 | | 42,255.00 | 56,995.58 |

**Page Subtotals:** $38,791.78   $43,820.39

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10/1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| | |
|---|---|
| **Case No.:** | 8:20-bk-06836-RCT |
| **Case Name:** | UNIQUE POOLS & DESIGNS, INC. |
| **Taxpayer ID #:** | **-***8374 |
| **For Period Ending:** | 02/14/2024 |

| | |
|---|---|
| **Trustee Name:** | CAROLYN R. CHANEY (290680) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******4755 Checking |
| **Blanket Bond (per case limit):** | $42,225,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/24/23 | 102 | ALLAN C. WATKINS, ESQUIRE | Order Approving Application for Compensation, Doc. No. 66. | 3220-000 | | 774.72 | 56,220.86 |
| 10/05/23 | 103 | CLERK, U.S. BANKRUPTCY COURT | CASE NAME: UNIQUE POOLS & DESIGNS, INC.. CLAIM # CLERK. CLAIM ALLOWED: $3,150.00. CLAIM DIVIDEND: 100.00%. | 2700-000 | | 3,150.00 | 53,070.86 |
| 10/05/23 | 104 | CAROLYN R. CHANEY | CASE NAME: UNIQUE POOLS & DESIGNS, INC.. CLAIM # FEE. CLAIM ALLOWED: $8,312.05. CLAIM DIVIDEND: 100.00%. | 2100-000 | | 8,312.05 | 44,758.81 |
| 10/05/23 | 105 | CAROLYN R. CHANEY | CASE NAME: UNIQUE POOLS & DESIGNS, INC.. CLAIM # TE. CLAIM ALLOWED: $170.93. CLAIM DIVIDEND: 100.00%. | 2200-000 | | 170.93 | 44,587.88 |
| 10/05/23 | 106 | ANDREA P. BAUMAN, CPA | CASE NAME: UNIQUE POOLS & DESIGNS, INC.. CLAIM # . CLAIM ALLOWED: $1,645.00. CLAIM DIVIDEND: 100.00%. | 3410-000 | | 1,645.00 | 42,942.88 |
| 10/05/23 | 107 | ANDREA P. BAUMAN, CPA | CASE NAME: UNIQUE POOLS & DESIGNS, INC.. CLAIM # . CLAIM ALLOWED: $23.55. CLAIM DIVIDEND: 100.00%. | 3420-000 | | 23.55 | 42,919.33 |
| 10/05/23 | 108 | Dana J. Watts, Esq | CASE NAME: UNIQUE POOLS & DESIGNS, INC.. CLAIM # 1. CLAIM ALLOWED: $560.00. CLAIM DIVIDEND: 58.82%. Stopped on 12/12/2023 | 7100-005 | | 329.40 | 42,589.93 |
| 10/05/23 | 109 | William and Mary Gale | CASE NAME: UNIQUE POOLS & DESIGNS, INC.. CLAIM # 3. CLAIM ALLOWED: $44,400.00. CLAIM DIVIDEND: 58.82%. | 7100-000 | | 26,116.66 | 16,473.27 |
| 10/05/23 | 110 | William D Herron DBA Tax Bill Herron | CASE NAME: UNIQUE POOLS & DESIGNS, INC.. CLAIM # 4. CLAIM ALLOWED: $2,000.00. CLAIM DIVIDEND: 58.82%. | 7100-000 | | 1,176.43 | 15,296.84 |
| 10/05/23 | 111 | John Swisher | CASE NAME: UNIQUE POOLS & DESIGNS, INC.. CLAIM # 5. CLAIM ALLOWED: $26,005.62. CLAIM DIVIDEND: 58.82%. | 7100-000 | | 15,296.84 | 0.00 |
| 12/12/23 | 108 | Dana J. Watts, Esq | CASE NAME: UNIQUE POOLS & DESIGNS, INC.. CLAIM # 1. CLAIM ALLOWED: $560.00. CLAIM DIVIDEND: 58.82%. Stopped: check issued on 10/05/2023 | 7100-005 | | -329.40 | 329.40 |
| 12/12/23 | 112 | Dana J. Watts, Esquire | CASE NAME: UNIQUE POOLS & DESIGNS, INC.. CLAIM # 1. CLAIM ALLOWED: $560.00. CLAIM DIVIDEND: 58.82%. | 7100-000 | | 329.40 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 101,241.03 | 101,241.03 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 101,241.03 | 101,241.03 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $101,241.03 | $101,241.03 | |

# Form 2

Exhibit 9
Page:   4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 8:20-bk-06836-RCT | **Trustee Name:** | CAROLYN R. CHANEY (290680) |
| **Case Name:** | UNIQUE POOLS & DESIGNS, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8374 | **Account #:** | ******4755 Checking |
| **For Period Ending:** | 02/14/2024 | **Blanket Bond (per case limit):** | $42,225,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $101,241.03 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $101,241.03 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4755 Checking | $101,241.03 | $101,241.03 | $0.00 |
| | **$101,241.03** | **$101,241.03** | **$0.00** |

| | |
|---|---|
| 02/14/2024 | /s/CAROLYN R. CHANEY |
| Date | CAROLYN R. CHANEY |